**Order filed September 28, 2017**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-17-00608-CR

———————

**AALIYAH BILAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No. 5
Harris County, Texas
Trial Court Cause No. 2147381**

## ORDER

The clerk's record was filed September 19, 2017. Our review has determined that relevant items have been omitted from the record. *See* Tex. R. App. P. 34.5(c). Accordingly, the Harris County Clerk is directed to file a supplemental clerk's record on or before **October 9, 2017**, containing:

1. the order adjudicating guilt, signed on or about July 7, 2017;

2. any post-judgment motion concerning the order adjudicating guilt; and

3. any certification of defendant's right to appeal regarding the order adjudicating guilt.

If any omitted item is not part of the case file, the clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM